**FILED & ENTERED**

**SEP 23 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Lee & S Enterprises, Inc,<br><br><br><br><br>Debtor(s). | Case No: 2:10-bk-33425-TD<br><br>Chapter: 7<br><br>ORDER DISMISSING THE INVOLUNTARY PETITION<br><br>Date: September 8, 2010<br>Time: 11:00 a.m.<br>Location:  1345 |

IT IS HEREBY ORDERED THAT the involuntary petition is dismissed with prejudice.

Petitioning Creditor was ordered to appear on September 8, 2010 at 11:00 a.m. in the above entitled Court, and show cause in writing, to be filed not later than August 25, 2010, why this involuntary petition should not be dismissed.

Petitioning Creditor failed to respond in writing or appear as ordered.

IT IS SO ORDERED.
DATED: September 23, 2010

_____
United States Bankruptcy Judge
###

- 1 -

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **Order Dismissing the Involuntary Petition** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **9/22/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Deborah Conley    bkmail@prommis.com
- Susan S Davis    sdavis@coxcastle.com
- David S Hagen    go4broq@earthlink.net
- Christopher Hoo    choo@millerlaw.biz
- Stirling J Hopson    shopson651@aol.com
- Mehrdaud Jafarnia    bknotice@mccarthyholthus.com
- Timothy J Silverman    tim@sgsslaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Alleged Petitioning Creditor
Kennedy Funding Group
3010 Wilshire Blvd # 393
Los Angeles, CA  90010

Debtor
Lee & S Enterprises, Inc.
304 S Plymouth Blvd
Los Angeles, CA  90020

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page